FILED
2007 JUL 20 PM 3:25

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-**07-00725** |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 2113(a),(d): Armed Bank Robbery; 18 U.S.C. § 924(c)(1)(A)(ii): Carry and Brandish a Firearm During Crime of Violence] |
| MARQUISE TRIVON DEDMON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2113(a), (d)]

On or about December 19, 2006, in Los Angeles County, within the Central District of California, defendant MARQUISE TRIVON DEDMON, by force and violence, and by intimidation, knowingly took from the person or presence of another approximately $7,164 belonging to, and in the care, custody, control, management, and possession of, Telesis Community Credit Union, 27093 McBean Parkway, Valencia, California, a credit union and financial institution the deposits of which were then insured by the

1 | National Credit Union Administration.
2 |     In committing said offense, defendant MARQUISE TRIVON DEDMON
3 | assaulted and put in jeopardy the lives of A.B., E.H., and others
4 | by using a handgun, a dangerous weapon and device.

COUNT TWO

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about December 19, 2006, in Los Angeles County, within the Central District of California, defendant MARQUISE TRIVON DEDMON, knowingly used and carried a firearm, namely, a handgun, during and in relation to, and possessed that firearm in furtherance of, a crime of violence, namely, the December 19, 2006 robbery of Telesis Community Credit Union, 27093 McBean Parkway, Valencia, California, in violation of Title 18, United States Code Sections 2113(a) and (d), as charged in Count One of this Indictment, and, in so doing, brandished that firearm.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


APRIL A. CHRISTINE
Assistant United States Attorney
Violent & Organized Crime Section